[Civ. No. 643. Fourth Appellate District.—September 28, 1933.]

THE PEOPLE, Respondent, v. FRANK COLLIE, Defendant; LOS ANGELES SURETY COMPANY, INCORPORATED, Appellant.

Thomas W. Cochran for Appellant.

Sam L. Collins, District Attorney, and Leo J. Friis and S. B. Kaufman, Deputies District Attorney, for Respondent.

JENNINGS, J.—The record on appeal in this case was filed in this court on February 24, 1932. No brief has been filed by any party to the action. This court accordingly, on its own motion, noticed an order to show cause why the appeal should not be dismissed, for September 12, 1933.

■ No cause has been shown why the appeal should not be dismissed and no appearance has been made. The appeal is therefore dismissed.

Barnard, P. J., and Marks, J., concurred.